IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>                Plaintiffs,<br><br>      v.<br><br>TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>                Defendants. | C.A. No. 1:18-cv-00466-LPS |

**PLAINTIFFS GILEAD SCIENCES, INC.
AND GILEAD PHARMASSET LLC'S
<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Gilead Sciences, Inc. and Gilead Pharmasset LLC, by and through their counsel, hereby voluntarily dismiss the above-captioned action without prejudice. Defendants Teva Pharmaceuticals USA, Inc., and Teva Pharmaceutical Industries Ltd. have not answered or otherwise moved as to the Complaint (D.I. 1).

Dated:  September 21, 2018

FISH & RICHARDSON P.C.

By: */s/ Gregory R. Booker*
Gregory R. Booker (#4784)
Robert M. Oakes (# 5217)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607
booker@fr.com; rmo@fr.com

Juanita R. Brooks
Jonathan E. Singer
W. Chad Shear (# 5711)
Geoffrey D. Biegler
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099
brooks@fr.com; singer@fr.com;
shear@fr.com; biegler@fr.com

John M. Farrell
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-839-5070 / Fax: 650-839-0607
farrell@fr.com

*Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Pharmasset LLC*